# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LAMONT MOORE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LOUIS MILUSNIC, WARDEN,<br><br>　　　　Respondent. | NO. CV 13-7024-PSG (MAN)<br><br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  September 8, 2014  .

　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE